No error authorizing a reversal of the judgment has been perceived or pointed out.

The judgment is affirmed.

## John BLOXOM v. STATE.
### No. 16605.

Court of Criminal Appeals of Texas.
March 7, 1934.

R. A. Sone and J. R. Cornelius, both of Sweetwater, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The unlawful possession of intoxicating liquor for the purpose of sale is the offense; penalty assessed at confinement in the penitentiary for one year.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Peter BOWDEN v. STATE.
### No. 16551.

Court of Criminal Appeals of Texas.
Feb. 14, 1934.

W. O. B. Gillaspie, of Huntsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for simple assault; punishment, a fine of $5.

We find in the record neither statement of facts nor bills of exception.

The judgment will be affirmed.